**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Shonna Counter,**<br><br>    Plaintiff,<br><br>    v.<br><br>**La Cienega-Sawyer LTD**, a California Limited Partnership;<br>**Fitness International, LLC**, a California Limited Liability Company; and Does 1-10,<br><br>    Defendants. | **Case:** 2:18-CV-07619-DSF-FFM<br><br>**Judgment** |

    Upon review of Plaintiff's Notice of Acceptance of Defendant's Rule 68 Offer of Judgment (Dkt. No. 22), it is hereby ordered and adjudged that Plaintiff SHONNA COUNTER shall have JUDGMENT in her favor against Defendants LA CIENEGA-SAWYER LTD and FITNESS INTERNATIONAL, LLC. Such judgment includes:

1. Judgment in favor of Plaintiff against Defendants in the sum of $26,001.00, which sum shall include all costs, including attorneys' fees, accrued to date otherwise recoverable in this action;

2. Judgment in favor of Plaintiff against Defendants regarding Defendants' remediation via the removal of all alleged barriers identified in the Complaint that are readily achievable to accomplish within twelve (12) months of the date of filing of Plaintiff's notice of acceptance of the offer of judgment.

Dated: April 25, 2019

_____
Honorable Dale S. Fischer
United States District Judge